THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM WALKER, Appellant.— Appeal from a judgment of the County Court, Kings County, convicting the defendant of the crime of robbery in the first degree, and from all intermediate orders. Judgment unanimously affirmed. No opinion. No separate appeal lies from the intermediate orders, which have been reviewed on the appeal from the judgment. Present — Nolan, P. J., Wenzel, MacCrate, Schmidt and Murphy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CAMILO WESTON LEYRA, Appellant.— Defendant appeals from a judgment of the County Court, Kings County, rendered on January 2, 1952, convicting him of murder in the second degree with respect to the death of Catherine Leyra. Upon the written stipulation of the District Attorney of Kings County and the attorney for the appellant, dated December 8, 1954, filed herewith, which stipulation consents to the reversal of said judgment and the ordering of a new trial, and upon the decision of the Supreme Court of the United States (*Leyra* v. *Denno,* 347 U. S. 556, rehearing denied 348 U. S. 851), judgment reversed and a new trial ordered. Nolan, P. J., Wenzel, MacCrate, Schmidt and Murphy, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GORDON STRUCK, also Known as GORDON E. STRUCK, Appellant.— Defendant appeals from a judgment of the Court of Special Sessions of the City of New York, Borough of Queens, convicting him of violating section 1141 of the Penal Law, and from intermediate orders. Judgment unanimously affirmed. No opinion. No separate appeal lies from the intermediate orders, which have been reviewed on the appeal from the judgment of conviction. Present — Nolan, P. J., Wenzel, MacCrate, Schmidt and Murphy, JJ.

SUE L. SCARRETTA, Respondent, v. JOHN SCARRETTA, Appellant.— Defendant appeals from a judgment in an action by his wife to impress a trust on real property, claimed to have been purchased with the common funds of the plaintiff and defendant, under an agreement whereby title was to be taken in defendant's name and thereafter to be transferred to both. Judgment unanimously affirmed, without costs. No opinion. Present — Nolan, P. J., Wenzel, MacCrate, Beldock and Murphy, JJ.